**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **EARL M. ANDREWS** | : | **CIVIL ACTION** |
| | : | |
| **v.** | : | |
| | : | |
| **HEATHER SIAS, et al.** | : | **NO. 12-6515** |

## O R D E R

AND NOW, this 20th day of December, 2012, upon
consideration of plaintiff's motion for reconsideration (Document
No. 5) and his amended complaint (Document No. 6), IT IS ORDERED
that:

1.    The motion for reconsideration is DENIED for the
reasons discussed in the Court's memorandum.

2.    Plaintiff's amended complaint is DISMISSED for the
reasons discussed in the Court's memorandum.

3.    The Clerk of Court shall CLOSE this case.

**BY THE COURT:**

MITCHELL S. GOLDBERG, J.